NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3302

KURT CHADWELL,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

OFFICE OF PERSONNEL MANAGEMENT,

Intervenor.

Petition for review of the Merit Systems Protection Board
in DA300A080567-I-1.

ON MOTION

## O R D E R

The Office of Personnel Management (OPM) moves without opposition to reform the official caption to designate the Merit Systems Protection Board as respondent. OPM also moves for leave to intervene. Kurt Chadwell opposes and moves without opposition for a 30-day extension of time, until December 29, 2009, to file his brief. OPM replies.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)    OPM's motions are granted.  The revised official caption is reflected above.

(2)    Chadwell's motion for an extension of time is granted.

                                                        FOR THE COURT

DEC 1 0 2009
_____                          /s/ Jan Horbaly
          Date                                          Jan Horbaly
                                                        Clerk

cc:    Kurt Chadwell
       Michael N. O'Connell, Esq.
       Stephanie Conley, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 0 2009

JAN HORBALY
CLERK

2009-3302                              2